C-13-15(a)Motion  
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Christopher N. Brown | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-10-80610 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On July 6, 2010, the Debtor's plan was confirmed. HSBC Bank Nevada ("HSBC") filed a claim in the amount of $10,900.79 secured by a 2001 Yamaha motorcycle ("the motorcycle"). The motorcycle was not listed in the Debtor's petition and schedules. Upon information and belief, the motorcycle is not necessary for a reorganization of the Debtor's finances.

The Standing Trustee respectfully recommends to the Court that an Order be entered as follows: 1) the motorcycle shall be released to HSBC for repossession and liquidation; and 2) HSBC shall be allowed 120 days from the entry of an Order within which to file a deficiency claim, and if no deficiency claim is timely filed, the release of the motorcycle shall be in full satisfaction of the claim of HSBC.

Date: September 9, 2010                  s/Richard M. Hutson, II  
    ej                                        Standing Trustee

-----------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  October 9, 2010,  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  October 21, 2010,  at 11:00 a.m., in the following location:

*Courtroom, Venable Center*  
*Dibrell Building – Suite 280*  
*302 East Pettigrew Street*  
*Durham, NC 27701*

Date: September 9, 2010                                     OFFICE OF THE CLERK  
                                                                        U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-80610 C-13D**

Christopher N. Brown
806 Royal Oaks Dr.
Durham, NC 27712

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

HSBC Bank Nevada
c/o Bass & Associates, PC
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712