# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-10-80610  C-13D
Christopher N. Brown )
)
)
Debtor )

## **ORDER**

  This matter coming before the Court upon the Motion of Richard M. Hutson II, Trustee for the above-referenced Debtor, to release collateral in favor of HSBC Bank Nevada ("HSBC"), and there being no filed objection to the Motion within the time period set forth in the Notice issued on September 9, 2010, by the Clerk of Court setting October 9, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

  ORDERED that the 2001 Yamaha motorcycle is released for repossession and liquidation by HSBC, and HSBC shall have 120 days from the entry of this Order within which to file a deficiency claim and if no deficiency claim is timely filed, the release of the 2001 Yamaha motorcycle shall be in full satisfaction of the claim of HSBC.

## PARTIES IN INTEREST
## Page 1 of 1
## 10-80610 C-13D

   Christopher N. Brown
806 Royal Oaks Dr.
Durham, NC  27712

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

HSBC Bank Nevada
c/o Bass & Associates, PC
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ  85712